No. 11–5275. MURRAY v. INGRAM. C. A. 11th Cir. Certiorari denied.

No. 11–5276. SPENCE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5277. SAVOY v. WASHINGTON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–5278. SACOR-QUIJIUX v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5279. WATLEY v. MEE, ADMINISTRATOR, EAST JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–5280. WORTHAM v. CHRIS HANSEN LAB INC. C. A. 5th Cir. Certiorari denied.

No. 11–5281. WHITE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–5282. WOODS ET UX. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5283. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5284. WELCH v. WORKMAN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 11–5285. YOUNG SON IM v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–5286. GAINES v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–5287. HARGROVE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5288. GREENAWALT v. WARREN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–5289. FULLER v. MOHR, DIRECTOR, OHIO DEPARTMENT OF REHABILITATION AND CORRECTION. Ct. App. Ohio, Franklin County. Certiorari denied.